Carolyn J. Johnsen
Texas Bar No. 19844600
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
cjjohnsen@dickinsonwright.com
*Counsel for the Plaintiff Trustee of the*
*Fresh Acquisitions Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FRESH ACQUISITIONS, LLC, *et al.*, | Case No. 21-30721 (SGJ) (Jointly Administered) |
| Debtors. | |
| DAVID GONZALES, TRUSTEE OF THE FRESH ACQUISITIONS LIQUIDATING TRUST, | Adv. No. 23-03055 (SGJ) |
| Plaintiff, | |
| v. | |
| AB REAL ESTATE, LLC, | |
| Defendant. | |

**UNOPPOSED MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT**
**UNDER LOCAL RULE 2090-4**

The undersigned counsel for Plaintiff David Gonzales, in his capacity as Liquidating Trustee on behalf of the Fresh Acquisition Liquidating Trust (the "Trustee"), moves to waive the local counsel requirement for Trent P. Cornell under Rule 2090-4 of Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas ("Local Rules"), in this adversary proceeding, and states as follows:

1. The Trustee is represented in this case and the Fresh Adversaries by Carolyn J. Johnsen and other attorneys, all of Dickinson Wright PLLC. Those attorneys do not reside or maintain a principal office in the Northern District of Texas.

2. Ms. Johnsen is admitted before this Court, and the Court has granted her oral motion to waive the requirements for local counsel under Local Rule 2090-4.

3. Mr. Cornell, who is a resident of Highland Park, Illinois, is filing contemporaneously with this Motion an *Application for Admission Pro Hac Vice* in this proceeding.

4. Mr. Cornell has previously appeared *pro hac vice*, and had the requirements for local counsel under Local Rule 2090-4 waived, in related pending adversaries brought by the Trustee before this Court.

5. Mr. Cornell is available to attend hearings in this Court, including expedited hearings, and will comply with the Local Rules.

6. Pursuant to Local Rule 2090-4, this Court has the discretion to grant a party leave from the requirements of obtaining local counsel.

7. Counsel respectfully requests that the Court waive the local counsel requirement under Local Rule 2090-4 as to Mr. Cornell, in this adversary proceeding.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7007-1(b), the undersigned certifies that, on February 19, 2024, our office emailed counsel for the defendants in Adversary Cases Nos. 22-03087, 23-03054, 23-03055, 23-03056, 23-03057, 23-03058, 23-03059 concerning waiver of the local counsel requirement for Mr. Cornell in those actions. No counsel indicated that they opposed the relief sought herein. All parties in those matters are receiving notices in this administrative proceeding.

WHEREFORE, the Liquidating Trustee, through his proposed counsel, respectfully requests that this Motion be granted and that the requirement of local counsel under Local Rule 2090-4 be waived as to Trent P. Cornell.

Dated: January 7, 2025.

Respectfully submitted,

*/s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave. Suite 1400
Phoenix, AZ  85004
Telephone:  (602) 285-5040
Facsimile:   (602) 285-5100
cjjohnsen@dickinsonwright.com

*Attorneys for the Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that this Motion to Waiver Local Counsel Requirement was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on January 7, 2025.

*/s/ Carolyn J. Johnsen*

4932-3144-2443 v1 [74463-2]